

***POSTED ON WEBSITE***
***NOT FOR PUBLICATION***

FILED

NOV 3 0 2007

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BETSEY WARREN LEBBOS,<br><br>             Debtor.<br><br>GEORGE ALONSO,<br><br>             Plaintiff,<br><br>v.<br><br>BETSEY LEBBOS,<br><br>             Defendant. | Case No. 06-22225-D-7<br><br><br><br>Adv. Pro. No. 06-2314-D<br><br>Docket Control No. BWL-9 |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM DECISION</u>

On November 21, 2007, Betsey Lebbos, the defendant in this adversary proceeding ("Defendant"), filed in this proceeding an Application for A Stay of Proceedings Pending Twelve Appeals by Three Parties ("the Application"). The Application mirrors an application for the same relief filed in Defendant's parent bankruptcy case, also on November 21, 2007. For the reasons set forth in the court's Memorandum Decision on the Defendant's application filed in the parent case, the court will deny the Application.

```
 1        The court will issue an order consistent with this
 2  memorandum.
 3
 4  Dated: November 30, 2007        _____
                                    ROBERT S. BARDWIL
 5                                  United States Bankruptcy Judge
```

## CERTIFICATE OF MAILING

```
     The undersigned deputy clerk in the office of the United
States Bankruptcy Court for the Eastern District of California
hereby certifies that a true copy of the attached document was
mailed today to the following entities listed at the address(es)
shown below:
```

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

George Alonso, Jr.
357 W Main Street, #203
Merced, CA 95340

Jeralyn Spradlin
500 E Calaveras Blvd., #203
Milpitas, CA 95035

```
DATE: November 30, 2007            _____
                                       Andrea Lovgren
```